1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER J. INCLAN,              ) Case No. CV 10-6990 JCG
                                          )
12              Plaintiff,                )
                                          )
13        v.                             ) **JUDGMENT**
                                          )
14   MICHAEL J. ASTRUE,                  )
     COMMISSIONER OF SOCIAL             )
15   SECURITY ADMINISTRATION,            )
                                          )
16                                        )
                Defendant.                )
17   _____        )

18

19

20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is **AFFIRMED**.

22

23

24   Dated: August 23, 2011        _____

25                                      Hon. Jay C. Gandhi
                                     United States Magistrate Judge
26

27

28